SAM POLLACK, Respondent, v. JACOB PRICE, Appellant.— Order excusing plaintiff's default and vacating judgment entered in favor of defendant modified by opening the default and vacating the judgment, upon payment of ten dollars costs by the plaintiff and the giving of an undertaking of a surety company by the plaintiff in the sum of five thousand dollars to secure the payment of any judgment that may be recovered against the plaintiff by the defendant in this action, all within five days after service of the order herein, without costs of this appeal, and as so modified affirmed; and in default thereof the order is reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs. No opinion. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.

TERRACE SHELTON CORPORATION, Respondent, v. EDITH B. McGARVIE, Appellant. WILLARD R. BLACK, Defendant.— Order denying motion to dismiss amended complaint affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.

MARIA AHONEN, Appellant, v. FRED J. BOEHM and HELEN BOEHM, Respondents.— Application granted, appellant to file undertaking to secure judgment within five days.

AUSTIN, NICHOLS & Co., INC., Appellant, v. TIMES GARDEN, INC., Respondent.— Application denied, with ten dollars costs.

HARRY STEINBACH and Another, Respondents, v. LOUISA PINTO and Others, Appellants.— Application denied, with ten dollars costs.

In the Matter of the Application of BERNARD NAUGHTON, Appellant, to Declare Null and Void the Certificate of Nomination of JERE MILLEMAN as Republican Nominee for Comptroller of Westchester County, and Strike the Same from the Records in the County Clerk's Office. REPUBLICAN COUNTY COMMITTEE OF WESTCHESTER COUNTY, Respondent.— Order denying motion to declare certificate of nomination illegal and void, etc., affirmed as matter of law and not of discretion. In our opinion the power of the county committee to fill a vacancy is not limited to a vacancy caused by disqualification occurring after the primary. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

AURORA OPERATING COMPANY, INC., Respondent, v. MAZDA HOMES, INC., and Others, Appellants.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the November term (for which term the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

JOHN G. CAVANAGH, etc., Appellant, v. JOHN WALTERS and Others, Respondents.— Motion to strike out a portion of appellant's brief denied, and stay vacated. The language of the brief complained of is, we think, capable of a construction that cannot be regarded as offensive; and as the attorney for the appellant disclaims any offensive intent, we accept his statement. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

JOSEPH COLONEL, Respondent, v. JOSHUA DAVID KRAMER, etc., Appellant.— Motion for stay denied. Examination to proceed on Friday, October 29, 1926. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.